IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

R. CASPER ADAMSON,
    Petitioner,

vs.                                                    Case No: 3:08cv231/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## ORDER

    This cause is before the court on Petitioner's motion for certificate of appealability (Doc. 30). Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

    After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order dated December 12, 2008 (Doc. 27) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on November 20, 2008 (Doc. 25), a certificate of appealability will be denied.

    Accordingly, it is **ORDERED**:

    Petitioner's motion for certificate of appealability (Doc. 30) is **DENIED** and no certificate shall issue.

    DONE AND ORDERED this 12th day of January, 2009.

                                         /s/ *Roger Vinson*
                                         **ROGER VINSON**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**